UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| ALICIA PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:10-CV-28-H |
| ) | |
| NCDMV, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Senior Judge Malcolm J. Howard, for consideration of defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 11, 2011, and for the reasons set forth more specifically therein, that this action is dismissed for failure of plaintiff to plead any claim for which relief may be granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 11, 2011, and Copies To:**
Alicia Perry (via U.S. Mail) PO Box 30621, Raleigh, NC 27622
Neil Clark Dalton (via CM/ECF Notice of Electronic Filing)


January 11, 2011          DENNIS P. IAVARONE, CLERK
                            /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk